**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIFFANY LEE, an individual,<br><br>                             Plaintiff,<br><br>   vs.<br><br>JPMORGAN CHASE BANK, N.A., a chartered National Bank, successor in interest to Westlend Financing, Inc.; WELLS FARGO BANK, NATIONAL ASSOCIATION, a corporation; SAM INVESTMENT II INC., BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR5, a New York State common law trust; CALIFORNIA RECONVEYANCE COMPANY, a California corporation; WANDA CHAPMAN, an individual: MICHAEL JENKINS, an individual; COLLEEN IRBY, an individual; C.LUCAS, an individual; and DOES 1 - 10,<br><br>                             Defendants. | Case No. LA CV15 4061 CAS (GJSx)<br><br>**JUDGMENT OF DISMISSAL OF PLAINTIFF'S COMPLAINT**<br><br>Date:  September 21, 2015<br>Time:  10:00 a.m.<br>Place:  Courtroom 5, 2nd Floor<br>          312 N. Spring Street<br>          Los Angeles, CA 90012 |

///

1 | The Motion of Defendants JPMORGAN CHASE BANK, N.A., successor in interest to WESTLEND FINANCING, INC.; WELLS FARGO BANK, NATIONAL ASSOCIATION successor by merger to WELLS FARGO BANK MINNESOTA F/K/A NORTHWEST BANK MINNESOTA NA, SOLELY STRUCTURED ASSETS MORTGAGE INVESTMENTS II INC., BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR5 MORTGAGE PASSED THROUGH CERTIFICATES, SERIES 2007-AR5; and CALIFORNIA RECONVEYANCE COMPANY (collectively, "Defendants") to Dismiss the Complaint of Plaintiff TIFFANY LEE ("Plaintiff") came regularly for hearing on September 21, 2015, at 10:00 a.m. in Courtroom 5 of the United States District Court, Central District of California, located at 312 N. Spring Street, Los Angeles, California 90012, Hon. Christine A. Snyder, presiding.

The Court, after considering the moving, opposing, and reply papers, and holding a hearing on September 21, 2015, issued an Order granting Defendants' Motion to Dismiss Plaintiff's Complaint, with prejudice.

Based on the foregoing, the Court hereby enters judgment in favor of Defendants and against Plaintiff, and DISMISSES the action against Defendants WITH PREJUDICE.  Each side shall bear its own attorney fees and costs.

JUDGMENT IS SO ENTERED.

DATED: September 24, 2015

*[signature: Christina A. Snyder]*

HON. CHRISTINA A. SNYDER
JUDGE, U.S. DISTRICT COURT